UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 3:15-bk-
                                                Chapter 13
James William Breedon and
Tammy Simmons Breedon,

            Debtors.
_____/

## CHAPTER 13 PLAN

The Debtors submit the following Chapter 13 Plan:

1. The future earnings of the Debtors are submitted to the control and supervision of the Trustee, and the Debtors shall pay to the Trustee the sum of **$516.16** in months one through seven (1-7) and **$488.38** in months eight through sixty (8-60) for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

   A. **PRIORITY CLAIMS**

   (1) **DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE**, the fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan.

   (2) **LANSING ROY, P.A.** is owed the sum of $2,500.00 for representing the Debtors in this bankruptcy case. The Trustee shall pay this Creditor the sum of $2,000.00 with monthly payments in the amount of **$300.00** in months one through six (1-7) and $200.00 in month seven (7) fo a total of $2,500.00.

   B. **SECURED CLAIMS**

   (1) **KONDAUR CAPITAL CORPORATION** holds a first mortgage on Debtors' Real Property located at 8451 Pikes Peak Drive N., Jacksonville FL. Account number xxxxx 3894. The Debtors propose surrendering the property in full satisfaction of the debt. No payments will be made to this Creditor on its secured claim under this Chapter 13 Plan.

1

(2)     **NAVY FEDERAL CREDIT UNION** , PO Box 3000, Merrifield, VA 22119, has a purchase money security interest, Acct No. (xxxxx4126), in a 2005 Ford F-150 Pickup Truck Super Cab XLT and is owed $3,835.00. The Trustee shall pay this Creditor the sum of $3,835.00 at the rate of five percent (5%) per annum simple interest with level monthly payments in the amount of **$73.26** over the life of the Plan for a total payment of $4,395.60.

C.     **UNSECURED CLAIMS**

Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this Plan unless specifically provided for above. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims shall receive distribution pro-rata. The Trustee shall distribute **$91.28** in months one through six (1-6), **$191.28** in month seven (7) and **$366.28** in months eight through sixty (8-60) among those unsecured creditors whose claims are filed and allowed for a total payment of $20,151.80.

3.     **EXECUTORY CONTRACTS**. The Debtors do not reject any executory contracts.

4.     **VESTING**. Title to all property of the estate shall revest in the Debtors upon confirmation of this Plan.

5.     **RETENTION OF LIEN**. Secured creditors shall retain their liens until the allowed secured claim is paid in full.

6.     **LATE FEES, ATTORNEYS' FEES, INTEREST & COSTS**. No creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this Plan, except as ordered by this Court. Upon successful completion of this Plan, the Debtor's mortgage balance shall be deemed current as a matter of law.

2

7.  **INSURANCE**.  Debtors shall keep the collateral which secures any debt paid under this Plan insured as provided for in the agreement between the Debtors and Creditor.

DATED this 27th day of July 2015.

**LANSING ROY, P.A.**

/s/ **Kevin B. Paysinger**
Kevin B. Paysinger, Esquire
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL  32207-2184
court@lansingroy.com
Telephone:  (904) 391-0030
Facsimile:  (904) 391-0031